## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DINESH MULANI, and WESLEY BATSON, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>PETER PAN BUS LINES, INC.,<br><br>      Defendant. | Civil Action No. 24-12277-MGM |

### JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the Defendant' pursuant to the court's memorandum and order (Docket Entry #39) entered on 9/23/25.

                                             **ROBERT M. FARRELL**,
                                             CLERK OF COURT

Dated: September 23, 2025,      By /s/ *Tamara Figueroa*
                                           Tamara Figueroa
                                           Deputy Clerk